UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RAPHAEL TRICE,                    :
                                          Civil Action No. 10-4228 (RMB)
        Petitioner,    :

        v.                 :   **ORDER**

DONNA ZICKEFOOSE, Warden,          :

        Respondent.    :   **CLOSED**


    For the reasons set forth in the Opinion filed herewith, IT IS on this **14th** day of **January 2011**,

    **ORDERED** that the Petition for writ of habeas corpus is **DENIED**; and it is further

    **ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

                                      s/Renée Marie Bumb
                                      Renée Marie Bumb
                                      United States District Judge